UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Helping Hand Caregivers, Ltd.

                              Plaintiff,

v.                                                        Case No.: 1:14–cv–10127
                                                           Honorable Manish S. Shah

Darden Restaurants, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 1, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held and continued to 4/01/16 at 9:30 a.m. Plaintiff's counsel reports that the motion to enforce the subpoena in the California district court is set for a hearing on 2/24/16, and plaintiff does not intend to file a motion for default against the defendants who have not appeared. The Court reminds plaintiff's counsel that if no further actions are taken against the remaining defendants, the Court many dismiss those defendants (along with the defendants who have appeared in court) for want of prosecution. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.