## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Helping Hand Caregivers, Ltd.

                Plaintiff,

v.                                   Case No.: 1:14–cv–10127
                                  Honorable Manish S. Shah

Darden Restaurants, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Plaintiff's oral motion to dismiss Mid Wilshire Consulting, Inc., Brian Kang, and Greg Jones pursuant to Rule 41 is granted, and those defendants are dismissed without prejudice and with each party to bear its own costs. Enter judgment in favor of defendant Darden Restaurants, Inc. and against plaintiff. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.