# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604

Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 14, 2018

Before:

DIANE P. WOOD, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No. 17-1282 | HELPING HAND CAREGIVERS, LTD.. <br> Plaintiff - Appellant <br><br> v. <br><br> DARDEN RESTAURANTS, INC., et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-10127 <br> Northern District of Illinois, Eastern Division <br> District Judge Manish S. Shah ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)